1303 STANDARD LIFE & ACCIDENT COMPANY vs. BOARD OF ASSESSORS (Detroit), No. 12714, 91 M., 517.

To compel deduction from its net assets of amount of its real estate mortgages.

Granted May 6, 1892. See 91 M., 78, [1292]

1304 THE STANDARD LIFE & ACCIDENT INSURANCE CO. vs. BOARD OF ASSESSORS (Detroit), No. 13474, 95 M., 466.

To compel respondent to deduct from the net assets of relator for the purpose of taxation the value of the real estate mortgages held by it.

Granted April 28, 1893, without costs.

1305 UNION TRUST CO. vs. BOARD OF ASSESSORS (Detroit), No. 13491.

To compel board to deduct the amounts of the real estate mortgages held by it from its capital, and to assess the residue.

Granted April 28, 1893, without costs.